*E-FILED: July 19, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMIL CARTER,<br><br>　　　　Plaintiff,<br>　v.<br><br>THE CITY OF SAN JOSE; THE SAN JOSE POLICE DEPARTMENT ("SJPD"); MICHAEL SULLIVAN, individually and in his official capacity as Lieutenant, SJPD; AND KEITH COTTRELL, individually and in his official capacity as Sergeant, SJPD,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C12-01968 HRL<br><br>**FURTHER PRETRIAL ORDER** |

There being no objection by defendants, plaintiff's proposed exhibits (in binder) are admitted.

Since there is no objection by plaintiff, defendants' chart re plaintiff's overtime is admitted.

There being no objection to plaintiff's amended proposed Exhibit 2 (Dkt. No. 57) re defendants' interrogatory responses, defendants' Motion in Limine No. 3 is denied as moot.

As discussed at the June 10 further pretrial conference, plaintiff's request for reconsideration of the court's ruling on defendants' Motion in Limine No. 8 is denied. Plaintiff has not shown that reconsideration is warranted. See Civ. L.R. 7-9(b). However, depending on what defendants present at trial, the court may consider allowing Thomas Correa to testify as a

rebuttal witness solely on the subject of badging and whether the department destroys the badges of officers who leave the airport division. Before any such testimony will be allowed, plaintiff must lay a foundation for Correa's knowledge of defendants' practices with respect to that subject matter.

Plaintiff having advised that she no longer plans to use her intended chronology chart at trial, defendants' Motion in Limine No. 10 is denied as moot.

Because plaintiff agrees that she cannot seek punitive damages against a public entity, the court finds that issue to be moot.

Plaintiff's request for a special instruction re pretext, in addition to the relevant Ninth Circuit pattern instructions, is denied.

The parties shall meet-and-confer re a jury verdict form and submit one that is agreeable to both sides. The proposed verdict form shall be submitted by **August 2, 2013**.

Additionally, each side is to submit a letter brief, not exceeding 3 pages, explaining their "disagreement" over 5 jury instructions on plaintiff's state law claims, <u>if any disagreement remains</u>. The parties' respective letter briefs shall be filed no later than **August 2, 2013**.

SO ORDERED.

Dated: July 19, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-01968-HRL Notice has been electronically mailed to:

Christian Bayard Nielsen    CAO.Main@sanjoseca.gov

Nkia Desiree Richardson    cao.main@sanjoseca.gov

Thomas Kevin Bourke    TallTom2@aol.com