NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMIIL CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF SAN JOSE; THE SAN JOSE POLICE DEPARTMENT ("SJPD"); MICHAEL SULLIVAN, individually and in his official capacity as Lieutenant, SJPD; and KEITH COTTRELL, individually and in his official capacity as Sergeant, SJPD,<br><br>    Defendants. | Case No. 5:12-cv-01968 HRL<br><br>**ORDER RE FURTHER PRETRIAL CONFERENCE** |

Because there are still unresolved pretrial issues, the court sets a further pretrial conference for Thursday, October 24, 2013 at 1:30 p.m. Lead counsel shall attend in person. The matters to be addressed include the following:

1. Jury Verdict Form;

2. Jury Instructions; and

3. Exhibits (Bring copies of any proposed exhibits not previously submitted to the court.)

**SO ORDERED**.

Dated: October 18, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-01968-HRL Notice has been electronically mailed to:

Christian Bayard Nielsen    CAO.Main@sanjoseca.gov

Nkia Desiree Richardson    cao.main@sanjoseca.gov

Thomas Kevin Bourke    TallTom2@aol.com