LAW OFFICE OF THOMAS K. BOURKE
Thomas K. Bourke (SBN 56333)
Talltom2@aol.com
601 West Fifth Street, Eighth Floor
Los Angeles, CA 90071-2094
Telephone: (213) 623-1092
Facsimile: (213) 623-5325

Attorney for Plaintiff Jamil Carter

FILED
OCT 27 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, *et al.*,<br><br>    Defendants. | CASE NO. CV-12-1968 HRL<br><br>[~~PROPOSED~~] ORDER PERMITTING PLAINTIFF AND HER COUNSEL TO SET UP AUDIO/VISUAL EQUIPMENT IN COURTROOM 2<br><br>(RE: Dkt. No. 77)<br><br>Time:    1:30 p.m.<br>Ctrm:    2, 5th Floor<br>Judge:   Hon. Howard L. Lloyd |

IT IS HEREBY ORDERED

That Plaintiff Jamil Carter's counsel be permitted to bring their audio/visual equipment for trial into Courtroom 2 at ~~1:30 p.m.~~ 8:00 AM on October ~~25~~ 29, 2013. Such equipment will include: projector, laptop computer and projection screen.

DATED: October ~~25~~ 27, 2013

_____
HON HOWARD R. LLOYD
U.S. MAGISTRATE JUDGE

---

1

[~~Proposed~~] Order Permitting Plaintiff and Her Counsel to Set Up Adio/Visual Equipment