

FILED

NOV – 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JAMIL CARTER,

      Plaintiff,

    vs.

THE CITY OF SAN JOSE, *et al.*,

      Defendants.

CASE NO.  CV-12-1968 HRL

**SPECIAL VERDICT**

    We, the jury in the above action find, by a preponderance of the evidence and by unanimous vote the following special verdict:

# TITLE VII CLAIMS AGAINST THE CITY OF SAN JOSE

## Race discrimination in Airport interview process

1. Was Plaintiff Jamil Carter's race a motivating factor in the City of San Jose's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____     No__✓__

*Continue to the next question*

## Sex discrimination in Airport interview process

2. Was Officer Jamil Carter's sex a motivating factor in the City of San Jose's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____     No__✓__

*Continue to the next question*

## Race discrimination in Airport overtime

3. Was Officer Jamil Carter's race a motivating factor in the City of San Jose's alleged refusal to allow her to work overtime at the Airport?

Yes_____     No__✓__

*Continue to the next question*

## Sex discrimination in Airport overtime

4.    Was Officer Jamil Carter's sex a motivating factor in the City of San Jose's refusal to allow her to work overtime at the Airport?

Yes_____          No___✓___

*Continue to the next question*

## Retaliation as to Airport overtime (opposing race discrimination)

5.    Did the City of San Jose retaliate against Officer Jamil Carter because of her alleged complaints of, or opposition to, race discrimination by not allowing her to work overtime at the Airport?

Yes_____          No___✓___

*Continue to the next question*

## Retaliation as to Airport overtime (opposing sex discrimination)

6.    Did the City of San Jose retaliate against Officer Jamil Carter because of her alleged complaints of, or opposition to, sex discrimination by not allowing her to work overtime at the Airport?

Yes_____          No___✓___

*Continue to the next question*

# FEHA CLAIMS AGAINST THE CITY OF SAN JOSE

## Race discrimination in Airport Interview Process

7.     Was Officer Jamil Carter's race a substantial motivating factor in the City of San Jose's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____          No_____ ✓

*Continue to the next question*

## Sex discrimination in Airport Interview process

8.     Was Officer Jamil Carter's sex a substantial motivating factor in the City of San Jose's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____          No ✓_____

*Continue to the next question*

## Race discrimination in Airport overtime

9.     Was Officer Jamil Carter's race a substantial motivating factor in the City of San Jose's alleged refusal to allow her to work overtime at the Airport?

Yes_____          No_____ ✓

*Continue to the next question*

## Sex discrimination in Airport overtime

10.     Was Officer Jamil Carter's sex a substantial motivating factor in the City of San Jose's alleged refusal to allow her to work overtime at the Airport?

Yes_____          No _✓___

*Continue to the next question*

**Retaliation as to Airport overtime (opposing race discrimination)**

11.    Was Officer Jamil Carter's alleged complaints of, or opposition to, race discrimination a substantial motivating factor in the City of San Jose's alleged failure to allow her work overtime at the Airport?

Yes_____          No _✓___

*Continue to the next question*

**Retaliation as to Airport overtime (opposing sex discrimination)**

12.    Was Officer Jamil Carter's complaints of, or opposition to, sex discrimination a substantial motivating factor in the City of San Jose's alleged failure to allow her work overtime at the Airport?

Yes_____          No _✓___

*Continue to the next question*

# SECTION 1981 CLAIMS AGAINST LT. MICHAEL SULLIVAN

## Race discrimination in Airport interview process

13.    Was Officer Jamil Carter's race a motivating factor in Lt. Michael Sullivan's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____          No___✓___

*Continue to the next question*

## Race discrimination in Airport overtime

14.    Was Officer Jamil Carter's race a substantial motivating factor in Lt. Michael Sullivan's alleged refusal to allow her to work overtime at the Airport?

Yes_____          No___✓___

*Continue to the next question*

## Retaliation as to Airport overtime

15.    Did Lt. Michael Sullivan retaliate against Officer Jamil Carter for her alleged complaints of, or opposition to, race discrimination at the Airport by not allowing her to work overtime?

Yes_____          No___✓___

*Continue to the next question*

# SECTION 1981 CLAIM AGAINST SGT. KEITH COTTRELL

## Race discrimination in Airport interview process

16.    Was Officer Jamil Carter's race a motivating factor in Sgt. Keith Cottrell's alleged denial of Jamil Carter's original application to work at the Airport?

Yes_____        No__✓__

*Continue to the next question*

## Race discrimination in Airport overtime

17.    Was Officer Jamil Carter's race a substantial motivating factor in Sgt. Keith Cottrell's alleged refusal to allow her to work overtime at the Airport?

Yes_____        No__✓__

*Continue to the next question*

## Retaliation as to Airport overtime

18.    Did Sgt. Keith Cottrell retaliate against Officer Jamil Carter for her alleged complaints of, or opposition to, race discrimination at the Airport by not allowing her to work overtime?

Yes_____        No__✓__

*Continue to the next question*

# SECTION 1983 CLAIM AGAINST LT. MICHAEL SULLIVAN

## Violation of right to equal protection based on race in Airport interview process

19.    Was race a motivating factor in Lt. Michael Sullivan's alleged denial of Officer Jamil Carter's original application to work at the Airport in violation of her right to equal protection of the laws?

Yes_____        No__✓__

*Continue to the next question*

## Violation of right to equal protection based on sex in Airport interview process

20.    Was sex a motivating factor in Lt. Michael Sullivan's alleged denial of Officer Jamil Carter's original application to work at the Airport in violation of her right to equal protection of the laws?

Yes_____        No__✓__

*Continue to the next question*

## SECTION 1983 CLAIM AGAINST SGT. KEITH COTTRELL

### Violation of right to equal protection based on race in Airport interview process

21.    Was race a motivating factor in Sgt. Keith Cottrell's alleged denial of Officer Jamil Carter's original application to work at the Airport in violation of her right to equal protection of the laws?

Yes_____          No___✓___

*Continue to the next question*

### Violation of right to equal protection based on sex in Airport interview process

22.    Was race a motivating factor in Sgt. Keith Cottrell's alleged denial of Officer Jamil Carter's original application to work at the Airport in violation of her right to equal protection of the laws?

Yes_____          No___✓___

*Continue to the next question*

# DAMAGES

*If you answered "no" to each one of the proceeding 22 questions, stop here, answer no further questions, and have the foreperson sign and date this verdict form and notify the court officer that you have reached a verdict.*

*If you have answered "yes" to the any of the first 22 preceding questions, please proceed to the following question:*

23.     What do you find to be the total amount of damages suffered by Officer Jamil Carter?

    (a)  Mental and emotional pain and distress:    $_____

    (b)  Reasonable value of lost wages and earning capacity:$_____

                  Total:       $_____

*Continue to the next question:*

24.     If you answered yes for any of the first 22 questions, but you find that Officer Jamil Carter has failed to prove damages as defined in these instructions, you must award nominal damages.   Nominal damages may not exceed one dollar.

                               $_____

# PUNITIVE DAMAGES

## Lt. Michael Sullivan

25.    Was Lt. Michael Sullivan's workplace conduct malicious, oppressive, or in reckless disregard of Officer Jamil Carter's rights?

Answer:    Yes _____    No _____

*Continue to the next question*

## Sgt. Keith Cottrell

26.    Was Sgt. Keith Cottrell's workplace conduct malicious, oppressive, or in reckless disregard of Officer Jamil Carter's rights?

Answer:    Yes _____    No _____

So say we all.

*Please have your foreperson sign and date this verdict form and notify the court officer that you have reached a verdict.*

Dated: ___11/4/13___

_____
Foreperson